IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

STEVEN CHASE and )
SHAWN PENNER, )
individually and on behalf of others )
similarly situated, )
 )
    Plaintiffs, )
 ) Case No. 4:17-CV-0094-DGK
v. )
 )
FIRST FEDERAL BANK OF )
KANSAS CITY, et al., )
 )
    Defendants. )

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.**  This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss First Amended Class Action Complaint (Doc. 21) is GRANTED.


March 12, 2018                                Paige Wymore-Wynn
Dated                                            Clerk of Court

March 15, 2018                                /s/ Tracy Strodtman
Entered                                          (by) Deputy Clerk